UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Albino Carrillo and
Caryn Cathlene Connelly,

Plaintiffs,

v.

Richard Lillard, Jr., Individually and in his capacity as a police officer with the City of Minneapolis, Minnesota; Marcus Scott Benner, Individually and in his capacity as a police officer with the City of Minneapolis, Minnesota; and the City of Minneapolis,

Defendants.

Court File No. 00-372(ADM/AJB)

ORDER DISMISSING CASE WITH PREJUDICE AGAINST RICHARD LILLARD, JR., INDIVIDUALLY AND IN HIS CAPACITY AS A POLICE OFFICER WITH THE CITY OF MINNEAPOLIS, MINNESOTA; AND MARCUS SCOTT BENNER, INDIVIDUALLY AND IN HIS CAPACITY AS A POLICE OFFICER WITH THE CITY OF MINNEAPOLIS, MINNESOTA

---

**ORDER**

Pursuant to the stipulation of the parties, the Court hereby dismisses, with prejudice and on their merits, but without cost to either party, all claims against Richard Lillard, Jr., individually and in his capacity as a police officer with the City of Minneapolis, Minnesota; and all claims against Marcus Scott Benner, individually and in his capacity as a police officer with the City of Minneapolis, Minnesota.

BY THE COURT

Dated: October 12, 2000

ANN D. MONTGOMERY
Judge of United States District Court

FILED OCT 12 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Albino Carrillo and
Caryn Cathlene Connelly,

Plaintiff,

v.

Richard Lillard, Jr., Individually and in his official capacity as a police officer with the City of Minneapolis, Minnesota; Marcus Scott Benner, Individually and In his capacity as a police officer with the City of Minneapolis, Minnesota; and the City of Minneapolis,

Defendants.

Court File No.: 00-372 (ADM/AJB)

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF RICHARD LILLARD, JR. AND MARCUS SCOTT BENNER, INDIVIDUALLY, AND IN THEIR OFFICIAL CAPACITIES

---

It is hereby stipulated by and between the parties hereto, through their respective undersigned attorneys, that all claims against Defendants Richard Lillard, Jr. and Marcus Scott Benner, individually and in their official capacities; may be and are hereby dismissed on their merits with prejudice, but without cost to any party; and the Court, upon filing of this Stipulation, is hereby authorized and directed to so dismiss the action against said Defendant.

Dated: 10/5/2000

[signature]
FREDERICK J. GOETZ
Attorney Reg. No.185245
2124 Dupont Avenue South
Minneapolis, MN 55405
Attorney for Plaintiff

Dated: 10/5/2000

JAY M. HEFFERN
City Attorney
By [signature: Susan L. Walgrave]
SUSAN L. WALGRAVE
Attorney Reg. No. 0234254
Assistant City Attorney
333 South 7th Street, Ste 300
Minneapolis, MN 55402
Attorneys for Defendants

OCT 12 2000
FILED ____________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________