UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Albino Carrillo and
Caryn Cathlene Connelly,

Plaintiffs,

v.

The City of Minneapolis,

Defendants.

Court File No. 00-372(ADM/AJB)

ORDER DISMISSING CASE
WITH PREJUDICE

---

## ORDER

Pursuant to the stipulation of the parties, the Court hereby dismisses with prejudice and on their merits, but without cost to either party, all claims against the City of Minneapolis.

Dated: October 12, 2000

BY THE COURT

ANN D. MONTGOMERY
Judge of United States District Court

OCT 12 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Albino Carrillo and**
**Caryn Cathlene Connelly,**

**Plaintiffs,**

**v.**

**The City of Minneapolis,**

**Defendants.**

**Court File No.: 00-372 (ADM/AJB)**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

The above-entitled matter having been fully compromised and settled, the parties by and through their undersigned attorneys hereby stipulate and agree that the above matter shall be and is dismissed with prejudice, but without cost to either party.

Dated: 10/2/00

FREDERICK J. GOETZ
Attorney Reg. No.185245
2124 Dupont Avenue South
Minneapolis, MN 55405
Attorney for Plaintiff

Dated: 10/5/00

JAY M. HEFFERN
City Attorney
By

SUSAN L. WALGRAVE
Attorney Reg. No. 0234254
Assistant City Attorney
333 South 7th Street, Ste 300
Minneapolis, MN 55402
Attorneys for Defendants

FILED
FRI
JUDGM
DEPUT
AL, CLERK